UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No.  23-CR-070-LTS

RAMON ROMERO,                                                 ORDER

       Defendant.

-------------------------------------------------------x

        An initial pretrial conference and arraignment in this case is scheduled to proceed on February 24, 2022, at 10 a.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
       February 14, 2023                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge