UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                    No. 23 crim 70 (LTS)

RAMON ROMERO,

                      Defendant.
------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

      It is ORDERED, that the defendant, Ramon Romero, having plead guilty to the crime charged in Count One (1) of the above-referenced Indictment, is hereby remanded to the custody of the United States Marshal.

Dated: New York, New York
       January 18, 2024

                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge