

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 29, 2023

**VIA Email and ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:    *United States v. Romero*, 23 Cr 70 (LTS)

Dear Judge Swain:

    The parties submit this joint letter in advance of the November 13, 2024 sentencing scheduled in the above-captioned matter to respectfully request an adjournment. The Court has proposed January 8, 2025 at 11:30 a.m., as the new date for sentencing. Should the Court grant this request, the parties respectfully request that sentencing submission deadlines be adjourned as well.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*
Ashley C. Nicolas
Assistant United States Attorney

cc:    Counsel of Record

The foregoing request for an adjournment is granted. Sentencing in this case is adjourned to Wednesday, December 18, 2024, at 11:30 a.m. This resolves docket entry no. 43. SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Date: November 12, 2024