UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                               No.  23-CR-070-LTS

RAMON ROMERO,                        ORDER

          Defendant.

--------------------------------------------------------x

         The Court is in receipt of a letter dated January 10, 2025, from Connie Palacios, the mother of Ramon Romero, requesting the return of her vehicle that was seized as arrest evidence in October 2022.  (Docket entry no. 47.)  The Court has been informed that the United States Attorney's Office has recently been made aware of the request for the vehicle's return and is currently processing the request.  Ms. Palacios should hear from that by the end of the month. This Order resolves docket entry no. 47.   The Clerk's Office is respectfully directed to mail a copy of this order to Ms. Palacios at the below address.


     SO ORDERED.

 Dated: New York, New York          _/s/ Laura Taylor Swain_____
      January 17, 2025            LAURA TAYLOR SWAIN
                                 Chief United States District Judge


Copy Mailed To:

Connie Palacios
43 Bronx River Rd., Apt. 5G
Yonkers, New York 10704